IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALISON M. MURPHY, *et al.*, | * | |
| | * | |
| Plaintiffs | * | |
| | * | Civil Action No. 1:17-cv-00724-GLR |
| v. | * | |
| | * | |
| OMNI HOUSE, INC., | * | |
| | * | |
| Defendant | * | |
| _____ | / | |

## JOINT MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT

Plaintiffs, Alison M. Murphy and Breonna L. Weaver (hereinafter, "Plaintiffs") and Defendant, Omni House, Inc., (hereinafter, "Defendant") (hereinafter, jointly referred to as "the Parties"), hereby file their Joint Motion for Judicial Approval of Settlement in the above-captioned matter. The Parties respectfully request that this Honorable Court approve the settlement agreement that the Parties have reached concerning Plaintiffs' lawsuit under the Fair Labor Standards Act 29 U.S.C. § 201, *et seq*. (hereinafter, "FLSA"). The Parties seek this Court's approval of the Parties' settlement agreement.

Respectfully Submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| (Signed with express permission of Stephen B. Lebau) | Eric Hemmendinger (Bar No. 02050) |
| Stephen B. Lebau, Esq. (Bar No. 07258) | Parker E. Thoeni (Bar No. 30250) |
| Lebau & Neuworth, LLC | Paul D. Burgin (Bar No. 20228) |
| 606 Baltimore Avenue, Suite 201 | SHAWE ROSENTHAL LLP |
| Towson, MD  21204 | One South Street, Suite 1800 |
| Telephone No.:  (443) 273-1203 | Baltimore, Maryland 21202 |
| Fax No.:  (410) 296-8660 | Telephone No.: (410) 752-1040 |
| Email:  sl@joblaws.net | Fax No.: (410) 752-8861 |
| | Email: eh@shawe.com |
| *Counsel for Plaintiffs* | Email: thoeni@shawe.com |
| | Email. burgin@shawe.com |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2018, a copy of the Joint Motion for Judicial Approval of Settlement, the Memorandum of Law in Support of the Joint Motion for Judicial Approval of Settlement and the Order Granting Judicial Approval of Settlement and Dismissal of Action with Prejudice were served via the Court's Electronic Case Filing System upon:

>Stephen B. Lebau, Esq.
>Lebau & Neuworth, LLC
>606 Baltimore Avenue, Suite 201
>Towson, MD  21204
>sl@joblaws.net

                              /s/
                     Parker E. Thoeni

#648660